UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| SECIAL HEATH,<br><br>Plaintiff,<br><br>v.<br><br>FRENCH ROBERTSON UNIT,<br><br>Defendant. | No. 1:23-CV-0070-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated July 12, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge